*Messrs. Brice Clagett, Charles E. Wainwright, George P. Barse, John F. Anderson,* and *Lee Roy Stover* for petitioner. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for respondent.

No. 617. BROWN ET AL. *v.* J. B. SIMPSON, INC. October 27, 1941. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Herbert J. Rushton,* Attorney General, for petitioners. *Mr. Isadore Levin* for respondent.

No. 625. NORTH MIAMI *v.* MEREDITH ET AL. October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. H. Redfearn* for petitioner. *Messrs. D. C. Hull, Erskine W. Landis, Francis P. Whitehair, John L. Graham* and *J. Compton French* for respondents.

No. 627. WAREHOUSEMEN'S UNION, LOCAL 117, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ETC. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 628. McKESSON & ROBBINS, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 27, 1941. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Joseph A. Padway* and *Herbert S. Thatcher* for petitioner in No. 627. *Mr. Clinton Robb* for petitioners in No. 628. *Assistant Solicitor General Fahy* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent. Reported below: 121 F. 2d 84.